FILED

02/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0619

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0619

_____

CHARLES DRESCHER,

      Plaintiff, Counter Defendant
      and Appellee,

   v.                                 O R D E R

JOHN MALEE,

      Defendant, Counter Claimant
      and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's opening brief filed electronically on February 10, 2022, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1) requires the brief contain certain sections under appropriate headings and in the order indicated in Rule 12. Specifically, M. R. App. P. 12(1)(c) provides that the statement of the case shall briefly indicate the nature of the case and its procedural disposition in the court below. Only that procedural background which is relevant to the issue or issues raised shall be included in the statement of the case. The contents of the Appellant's "Statement of the Case" do not meet the requirements of M. R. App. P. 12(1)(c).

M. R. App. P. 12(1)(d) requires the statement of facts include facts relevant to the issues presented for review "with references to the pages or the parts of the record at which material facts appear." Appellant's statement of facts does not meet the requirements of M. R. App. P. 12(1)(d) and does not cite to the record. Citations to the Appellant's appendix do not inform the Court whether or where those documents appear in the record.

M. R. App. P. 12(1)(f) and (g) requires the brief to include both a summary of the

argument and an argument section. The summary of the argument must "contain a succinct, clear, and accurate statement of the arguments made in the body of the brief and not be mere repetition of the argument headings." Appellant's "Summary Argument" does not meet the requirements of M. R. App. P. 12(1)(f) and (g). The brief does not contain a summary of the argument.

M. R. App. P. 12(1)(i) requires the appendix to include "the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support." The appellant's brief contains an appendix with an index but does not include the referenced order(s).

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
February 10 2022